# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABONDY LAMAR SIMPSON, ) | Case No. 2:09-cv-00302-MSB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| N. FELTSEN, *et al.*, ) | |
| Defendants. ) | |

On October 12, 2010, Plaintiff Shabondy Lamar Simpson filed a Motion for a Temporary Restraining Order. (Dkt. # 27). For the following reasons, the Court denies the motion.

I. **Background**

Simpson filed this action under 42 U.S.C. § 1983 against several Folsom Prison officials, alleging that they violated his First Amendment rights and engaged in malicious prosecution. (Dkt. # 1). Simpson is currently housed at California State Prison-Solano in Vacaville, California. (Dkt. # 27, at 1). Previously, Simpson was housed at High Desert State Prison in Susanville, California. (*Id.*) Simpson's complaint names only Folsom Prison officials as defendants; it does not name any High Desert State Prison or Solano Prison officials.

Simpson's Motion for a Temporary Restraining Order alleges that Solano Prison Correctional Officers Baker and Long—who, again, are not defendants in this

case—retaliated against Simpson for being a "jailhouse lawyer" by arbitrarily denying him family visits on account of this action. (Dkt. # 27, at 2–6). Simpson proposes that the Folsom Prison officials—who *are* defendants in this case—appear before the Court and explain why Officers Baker and Long are retaliating against Simpson. (*Id.*, at 3). Simpson further requests that the Court permanently enjoin Officers Baker and Long and Solano Prison Warden Swarthout from "restricting Plaintiff[']s Family Visit with his wife Stacey Simpson." (*Id.*).

## II.     Discussion

The Court is unable to issue an order against individuals who are not party to the action before it. *See Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110 (1969) ("The consistent constitutional rule has been that a court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant.") (citations omitted). Simpson's motion only seeks to enjoin conduct by non-parties. It is therefore beyond the scope of this suit and concerns parties over whom the Court does not have personal jurisdiction.

**Accordingly,**

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion for a Temporary Restraining Order (Dkt. # 27) is DENIED.

DATED this 24th day of November, 2010.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation

- 2 -